UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DEWAYNE WRIGHT                                                                          PETITIONER

V.                                                            CIVIL ACTION NO. 3:17-CV-442-DPJ-FKB

WARDEN L. SHULTS                                                                       RESPONDENT

ORDER

Petitioner Dewayne Wright filed this action pursuant to 18 U.S.C. § 2241, challenging the Bureau of Prisons' denial of his request for a *nunc pro tunc* designation of the state facility in which he had previously been incarcerated. Magistrate Judge F. Keith Ball, in his Report and Recommendation ("R&R") [13], noted that BOP had initiated a second review of Wright's request and that the BOP website indicated Wright was released from custody in October 2017. Accordingly, Judge Ball recommended dismissal of the petition as moot.

Wright did not file an Objection, and the time to do so has passed.[1] The Court agrees with the conclusion reached by Judge Ball and adopts the R&R [13] in its entirety. The petition is dismissed as moot. A separate judgment will be entered in accordance with Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 2nd day of July, 2018.

                                            s/ *Daniel P. Jordan III*
                                            CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The R&R was returned as undeliverable on June 20, 2018. Returned Mail [14].